**No. 08-9888. Jesus Natividad Santos-Sanchez, Petitioner v. United States.**

559 U.S. 1046, 130 S. Ct. 2340, 176 L. Ed. 2d 559, 2010 U.S. LEXIS 3004.

April 5, 2010. On petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Fifth Circuit for further consideration in light of Padilla v. Kentucky, 559 U.S. 356, 130 S. Ct. 1473, 176 L. Ed. 2d 284 (2010).

Same case below, 548 F.3d 327.

**No. 09-163. Ameriprise Financial, Inc., fka American Express Financial Corporation, et al., Petitioners v. John E. Gallus, et al.**

559 U.S. 1046, 130 S. Ct. 2340, 176 L. Ed. 2d 559, 2010 U.S. LEXIS 2999.

April 5, 2010. On petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Eighth Circuit for further consideration in light of Jones v. Harris Assocs. L. P., 559 U.S. 335, 130 S. Ct. 1418, 176 L. Ed. 2d 265 (2010).

Same case below, 561 F.3d 816.

**No. 09-8902. Isiah James, Jr., Petitioner v. C. Kelly Jackson, et al.**

559 U.S. 1047, 130 S. Ct. 2346, 176 L. Ed. 2d 559, 2010 U.S. LEXIS 2969.

April 5, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in non-criminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam). Justice Stevens dissents. See id., at 4, 113 S. Ct. 397, 121 L. Ed. 2d 305, and cases cited therein.

Same case below, 350 Fed. Appx. 790.

**No. 09-9165. Mike Redford, Petitioner v. Collier Heights Apartments, et al.**

559 U.S. 1047, 130 S. Ct. 2352, 176 L. Ed. 2d 559, 2010 U.S. LEXIS 2967.

April 5, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Court of Appeals of Georgia dismissed. See Rule 39.8.

Same case below, 298 Ga. App. 116, 679 S.E.2d 120.

**No. 09-9225. Rodney Branham, Petitioner v. David Bergh, et al.; Rodney Branham, Petitioner v. Terry Malloy, et al.**

559 U.S. 1047, 130 S. Ct. 2353, 176 L. Ed. 2d 559, 2010 U.S. LEXIS 3042.

April 5, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit dismissed. See Rule 39.8.